UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                                 Case No. 93-CR-116

JAMES RODRIGUEZ,

       Defendant.
_____

ORDER TO DISMISS THE INDICTMENT
_____

Upon the motion of the United States, it is

HEREBY ORDERED that pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the indictment for the above-captioned case is dismissed without prejudice due to the defendant's death.

SO ORDERED this 22nd day of April 2008, at Milwaukee, Wisconsin.

                                              s/ Rudolph T. Randa
                                              HON. RUDOLPH T. RANDA
                                              United States Chief Judge